Robert C. Cheasty, #85115
Cheasty, Cheasty and Malek, LLP
1604 Solano Avenue
Berkeley, CA 94707
Telephone: (510) 525-1000
Email: rcheasty@cheastylaw.com

## UNITED STATES DISTRICT COURT OF CALIFORNIA
## NORTHERN DISTRICT

MICHAEL VAN BUREN,

        Plaintiff,

vs.

UNITED STATES OF AMERICA; and DOES 1 THROUGH 20, inclusive,

        Defendants.

_____

**CASE NUMBER 3:18-cv-3674**

**COMPLAINT:**
**ACTION UNDER FEDERAL TORT CLAIM ACT FOR:**

    1. **PERSONAL INJURIES SUSTAINED IN AUTOMOBILE/PEDESTRIAN COLLISION**

    For a Complaint against Defendant, UNITED STATES OF AMERICA; and DOES I through 20, inclusive (collectively, "Defendants"), plaintiff, MICHAEL VAN BUREN, alleges as follows:

### I. JURISDICTION AND VENUE

    1. This action arises under the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2671-80, as hereinafter more fully appears.

    2. Venue is proper in the Northern District of California because the negligent acts giving rise to the Federal Tort Claim alleged herein occurred within the Northern District of California, and all of the Plaintiffs reside within the Northern District.

## II. GENERAL ALLEGATIONS

### A. THE PARTIES

3.   This is an action brought under the Federal Tort Claims Act for personal injuries arising out of collision wherein a United States of America, Postal Service (hereinafter, "USPS") truck operated by a USPS employee, to wit, Thomas Sadayo, struck Plaintiff Michael Van Buren, a pedestrian, while Plaintiff was lawfully crossing the street.  This collision occurred on October 18, 2016 at the intersection of San Pablo Avenue and Gilman Street, within the City of Berkeley, County of Alameda, State of California (hereinafter, the "Collision").  This location is within the Northern District of California.

4.   The true names or capacities of the Defendants, Does 1 through 100, whether individual, corporate, municipal, associate or otherwise, are unknown to Plaintiff at this time, and Plaintiff, therefore, sues said Defendants by such fictitious names. Plaintiff will amend this Complaint to show their true names or capacities when the same have been ascertained. Plaintiff is informed and believes, and thereon alleges, that each of the Doe Defendants is, in some manner, responsible for the events and happenings herein set forth and caused injury and damages to the Plaintiff as herein alleged.

5.   Plaintiff alleges on information and belief that in performing the acts and omissions alleged herein, each of the Defendants was the agent and employee of each of the other Defendants and was at all times acting within the course and scope of such agency and employment.

### B. FACTUAL BACKGROUND

6.   At the time of the Collision, Thomas Sadayo was driving a vehicle (the vehicle") westbound on Gilman Street in Berkeley, California.  Plaintiff Michael Van Buren was a pedestrian lawfully crossing San Pablo Avenue in a crosswalk at a controlled intersection with a green light.  The vehicle entered the intersection to turn right and struck Plaintiff Van Buren.  This collision was caused by Thomas Sadayo's violation of California Vehicle Code section 21950(a), failing to yield the right of way to a pedestrian in a crosswalk, which constitutes negligence per se.

8. At the time of the Collision, Thomas Sadayo was an employee of the United States Postal Service, an agency of Defendant UNITED STATES OF AMERICA, and was acting within the course and scope of his employment.

9. If Defendant UNITED STATES OF AMERICA were a private entity or person, each defendant would be liable to Plaintiff in accordance with the laws of the State of California.

10. Pursuant to 28 U.S.C. §2675(a), Plaintiff presented a separate and individual administrative claim to the United States Postal Service. This claim was presented on or about June 19, 2017. The United States Postal Service denied the claim on December 22, 2017.

## FIRST CLAIM FOR RELIEF

### (For Personal Injuries)

11. Plaintiff incorporates by reference as though fully set forth herein the contents of paragraphs 1 through 10, inclusive.

12. Thomas Sadayo operated a vehicle negligently, without due care, and in violation of the laws of the State of California.

13. Thomas Sadayo's negligent operation of a motor vehicle caused the Collision described above, which caused severe and permanent injuries to Plaintiff.

14. Prior to the Collision, Plaintiff was a strong and healthy adult.

15. As a result of the negligence described above, Plaintiff has received severe and permanent injuries. Following the Collision, he has continued to suffer from physical symptoms including, but not limited to, injury to his right eye, face, head, chin, right hip, left knee, and left shoulder. In particular, Mr. Van Buren's right eye was severely damaged, and will require additional treatment and continued treatment by his ophthalmologist.

16. As a result thereof, Plaintiff has incurred, and will continue to incur, the costs of medical treatment, and will continue to do so in the future due to his unresolved injuries. As per Plaintiff's medical care providers and expert consultants, the expected future cost of care is expected to be no less than $500,000.00.

**PRAYER FOR RELIEF**

WHEREFORE, PLAINTIFF PRAYS FOR JUDGMENT AGAINST DEFENDANTS, AND EACH OF THEM, AS FOLLOWS:

A. General damages in a sum according to proof;

B. Compensatory damages in a sum according to proof;

C. Sums incurred and to be incurred for services of hospitals, physicians, surgeons, nurses, and other professional services, ambulance services, x-rays, and other medical supplies and services;

D. For interest provided by law; and

E. Costs of suit and for such other and further relief as the Court deems proper.

Wherefore, and in light of the above, Plaintiff demands judgment against Defendants in the sum of $500,000.00.

DATED: June 20, 2018                    CHEASTY, CHEASTY & MALEK, LLP

                                        _____
                                        By: Robert Cheasty
                                        Attorneys for Plaintiff

COMPLAINT ACTION UNDER FEDERAL TORT CLAIM ACT